NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE NAS NALLE AUTOMATION SYSTEMS, LLC

---

2014-1487

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/011,957.

---

**JUDGMENT**

---

ANDREW C. LAKE, Pitts & Lake, P.C., Knoxville, TN, argued for appellant.

FRANCES LYNCH, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee. Also represented by NATHAN K. KELLY, JAMIE L. SIMPSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and BRYSON, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 3, 2015                    /s/  Daniel  E.  O'Toole
       Date                          Daniel E. O'Toole
                                     Clerk of Court